**Clyde BLAKE v. STATE.**
7 Div. 114.

Court of Appeals of Alabama.
June 4, 1935.

RICE, Judge.
Affirmed.

**Homer BOWERS and Gillis Bowers v. STATE.**
4 Div. 108.

Court of Appeals of Alabama.
April 30, 1935.

A. A. Carmichael, Atty. Gen., for the State.

RICE, Judge.
Affirmed.

**Almond BRADLEY, alias Amond Bradly, v. STATE.**
8 Div. 189.

Court of Appeals of Alabama.
June 4, 1935.

Newton Powell, of Decatur, for appellant.
A. A. Carmichael, Atty. Gen., for the State.

RICE, Judge.
Affirmed.

**Walter BRINKLEY v. STATE.**
6 Div. 717.

Court of Appeals of Alabama.
April 30, 1935.

Bains & Saunders, of Bessemer, for appellant.
A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Appeal dismissed, on motion of appellant.

**Alfred BROOKS v. STATE.**
6 Div. 711.

Court of Appeals of Alabama.
April 30, 1935.

SAMFORD, Judge.
Appeal dismissed.

**Daniel BYRD v. STATE.**
8 Div. 137.

Court of Appeals of Alabama.
June 4, 1935.

RICE, Judge.
Affirmed.